UNITED STATES DISTRICT COURT

WESTERN DIVISION OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| Christine Vidrine | Civil Action No. 6:16-cv-0449 |
| versus | Judge Robert G. James |
| Louis M. Ackal, et al. | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the unopposed Motion To Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) [Doc. 13] is **GRANTED** and Plaintiff's claims against the Sheriff's Office Iberia Parish are **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Monroe, Louisiana, on this 14th day of December, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE